**Order filed April 27, 2012.**



In The

# Fourteenth Court of Appeals
————————

NO. 14-11-01032 -CR
NO. 14-11-01033 -CR
————————

**DEON RUSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Cause Nos. 16022 and 16024C**

## O R D E R

The reporter's record in these cases was originally due January 13, 2012. *See* Tex. R. App. P. 35.2. On February 22, 2012, this court granted Kelly Kelly's motion to extend time to file the reporter's record **until April 20, 2012, with no further extensions**.

As of this date, the record(s) has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kelly Kelly**, the court reporter, to file the record(s) in these appeals **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Kelly Kelly** does not timely file the record(s) as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record(s).

PER CURIAM